## NANCY R. PERRY *v.* GREGORY M. PERRY
### (8880)

SPALLONE, O'CONNELL and CRETELLA, Js.

Argued October 1—decision released October 3, 1990

*Gaetano Ferro,* for the appellant (defendant).

*George J. Markley,* with whom was *Susan S. Lewis,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.